

# UNITED STATES DISTRICT COURT
### PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:21-CR-00226-M(1) |
| | ) | |
| RAYSHUN JACKSON | ) | |
| | ) | |

## Amended Report of Violation of Conditions of Pretrial Release

COMES NOW Stuart Siegel, Senior U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Rayshun Jackson, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Irma C. Ramirez sitting in the Court at Dallas, Texas, on April 16, 2021, under the following conditions:

(1) The defendant must not violate federal, state, or local law while on release.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On March 15, 2022, the U.S. Attorney's Office notified the U.S. Probation Office that the defendant had committed violations of Texas State Law, specifically, Unauthorized Practice of Law, in violation of Texas Penal Code, Section 38.123, and Falsely Holding Oneself Out as a Lawyer, in violation of Texas Penal Code, Section 38.122

According to the information received from the U.S. Attorney's Office, on April 23, 2021, the defendant began to represent Maureen Malone, after she was involved in an automobile accident, until Mrs. Malone terminated the defendant's services on December 18, 2021, after she learned the defendant was a convicted felon.

On September 29, 2021, the defendant appeared before Chief U.S. District Judge Barbara M.G. Lynn and pled guilty to Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 371, a felony. On November 9, 2021, according to information received from the U.S. Attorney's Office, the Supreme Court of Texas accepted the defendant's resignation from the practice of law, in lieu of discipline, related to his felony conviction.

The undersigned suggests to the Court that this Amended Report of Violation of Conditions of Pretrial Release replace the report submitted on March 18, 2022. Mr. Jackson is currently scheduled for a violation hearing on Thursday, March 24, 2022 at 11:00 a.m.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on March 21, 2022                    Approved,

s/Stuart Siegel                               s/Bruno Perez
_____                     _____
  U.S. Probation Officer                        Supervising U.S. Probation Officer
  Dallas                                         214-753-2537
  214-753-2560
  Fax:  214-753-2570

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Rayshun Jackson, of his/her conditions of pretrial release, the court ORDERS that:

☐    No action be taken.

☐    The Order Setting Conditions of Release is modified to include the following:

☐    Other:

☑    The previous Report of Violations of Conditions of Pretrial Release order filed on March 18, 2022, be replaced with the Amended Report of Violation of Conditions of Pretrial Release submitted on March 21, 2022.

☐    A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐    The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐    File under seal until further order of the Court.

Irma C. Ramirez
U.S. Magistrate Judge

March 21, 2022
Date