IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF TEXAS
<u>DALLAS DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | CASE NO. 3:21-CR-00226-M |
| § | |
| § | |
| RAYSHUN JACKSON § | |

### <u>DEFENDANT'S MOTION FOR CONTINUANCE OF CHECK-IN DATE</u>

Defendant Rayshun Jackson ("Mr. Jackson"), by counsel, moves this Court to continue his check-in date for family medical reasons.

On August 16, 2022, Mr. Jackson was sentenced to serve a term of sixty (60) months at FPC Montgomery and was ordered to surrender for service of sentence at the institution before 2:00 p.m. October 18, 2022 [Dkt. 71].

Mr. Jackson noticed the Court on August 15, 2022 [Dkt. 67] that his mother had been placed on Hospice care. Mr. Jackson received a letter from Hospice Plus, the agency which his mother is placed on Hospice services with (*see* **Exhibit 1**). As detailed in the letter, Mr. Jackson's mother's condition is not expected to improve, and her health continues to decline. Their "team is unable to predict when our patient will pass away of course, but it could occur within the next 30 to 60 days."

The postponement of the check-in date will provide Mr. Jackson the opportunity to continue as one of his mother's primary care-givers and also will allow him to be present for her passing.

WHEREFORE, for the reasons set forth above, Mr. Jackson respectfully requests that the foregoing Motion to Continue Check-In Date be granted, and that his surrender date for service of

P a g e | 1   Defendant Jackson's Request for a Continuance of Check-In

sentence at FPC Montgomery be rescheduled from the current setting to any date that the Court deems appropriate.

Dated: October 10, 2022

                                    Respectfully submitted,

                                    */s/ Brandon N. McCarthy*
                                    Brandon N. McCarthy
                                    Texas Bar No. 24027486
                                    Brandon.McCarthy@katten.com
                                    Katten Muchin Rosenman LLP
                                    2121 N. Pearl Street, Suite 1100
                                    Dallas, TX 75201
                                    Telephone: 214.765.3680
                                    Facsimile: 214.765.3602

                                    Barrett R. Howell
                                    Texas Bar No. 24032311
                                    Barrett.Howell@katten.com
                                    Katten Muchin Rosenman LLP
                                    2121 N. Pearl Street, Suite 1100
                                    Dallas, TX 75201
                                    Telephone: 214-765-3681
                                    Facsimile: 214-765-3602

                                    ATTORNEYS FOR DEFENDANT,
                                    RAYSHUN JACKSON

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served on all parties and counsel of record via the Court's CM/ECF system on this 10th day of October, 2022.

                                    */s/ Brandon N. McCarthy*
                                    Brandon N. McCarthy

## CERTIFICATE OF CONFERENCE

The undersigned certifies that defense counsel has attempted to confer with the Assistant United States Attorney and they have not yet responded. As such, and to prevent further delay in filing of this motion, the undersigned defense counsel is filing as is.

*/s/ Barrett R. Howell*
Barrett R. Howell