# **<u>EXHIBIT 1</u>**

# Hospice PLUS

To Whom It May Concern:

Ray Jackson's mother in on services with our agency, Hospice Plus. His mother's condition is not expected to improve, and her health continues to decline. She needs extensive assistance from her family members. Our team is unable to predict when our patient will pass away of course, but it could occur within the next 30 to 60 days.

Please contact our office should you have any questions. Our office number is 972-563-8350.

Thank you,

*[signature]*

Whitney Chadwick, LMSW

Hospice Plus Social Worker & Bereavement Coordinator

Hospice Plus-Terrell

318 East Nash Street, Unit 1 | Terrell, TX 75160 | Phone: 972.563.8350 | Fax: 972.563.8355
www.hospiceplus.net